IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VLADIMIR KHUDOY;
LYUDMILA KHUDOY,

    Plaintiffs,                          No. CIV S-09-2569 MCE EFB PS

    vs.

WASHINGTON MUTUAL BANK FA;
CALIFORNIA RECONVEYANCE
COMPANY, and Does 1-250,

    Defendants.                       ORDER
_____/

        On December 15, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed December 15, 2009, are ADOPTED;

2. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on plaintiffs' failure to prosecute the action;

3. Defendants' motion to dismiss, Dckt. No. 7, is denied as moot; and

4. The Clerk of Court is directed to close this case.

Dated: February 26, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE